# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**PENNY L. HANSEN,**<br><br>　　　　　　**Defendant.** | **8:14CB3**<br>**Violation Number 1753721 NE14**<br><br>**ORDER** |

　　　　On the motion of the United States Attorney's Office (Filing No. 2), the above-referenced matter is hereby dismissed without prejudice.

　　　　ORDERED this 20th day of March, 2014.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**